1 MICHAEL L. TRACY, ESQ., SBN 237779
2 MTRACY@MICHAELTRACYLAW.COM
MICHAEL E. VELARDE., SBN 266272
3 MVELARDE@MICHAELTRACYLAW.COM
4 LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
5 Irvine, CA 92614
T: (949) 260-9171
6 F: (866) 365-3051

Attorney for Plaintiff JAMES BRUNNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRUNNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMICUS HOUSE, INC., A CALIFORNIA CORPORATION; LORI JOHNSON, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-04250-PSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT PURSUANT TO STIPULATION BY THE PARTIES**<br><br>Complaint Filed: 8/29/2011<br>Trial Date: 11/19/2012 |

Having considered the Stipulation for filing amended complaint executed by the Parties (document #20), and good cause appearing therefore,

IT IS ORDERED the motion is GRANTED. The attached First Amended Complaint is deemed filed as lodged as of this date.

DATED: "Hgdtwct{"5."4234"""""""""""                   By: _____
                                                                              Honorable Paul S. Grewcl

-1-