UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BRUNNER,<br><br>             Plaintiff,<br>   v.<br><br>AMICUS HOUSE, INC. and LORI JOHNSON,<br><br>             Defendants. | Case No.: C 11-4250 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that this case has settled.

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by March 16, 2012. If a stipulation of dismissal is not filed by that date, the parties shall appear on March 27, 2012 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: 2/29/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-4250
ORDER